IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKAL CALVERT DAMU ALLEN, | No. CIV S-09-0950-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| GEORGE DERIEG, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil action, which has been designated as an action pursuant to 42 U.S.C. § 1983. On July 28, 2009, the court directed plaintiff to resolve the fee status for this case within 30 days of the date of the order. Plaintiff was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110. To date, plaintiff has not complied by either paying the full filing fee or filing a complete application for leave to proceed in forma pauperis.[1]

---

[1] Service of the court's prior order was returned to the court as undeliverable, indicating Plaintiff is no longer in custody. However, service of documents at the record address of a party is fully effective. See Local Rule 83-182(d). A party appearing pro se is required to

1

1         Plaintiff shall show cause in writing, within 30 days of the date of this order, why
2 this action should not be dismissed for failure to resolve fees and keep the court informed of his
3 current address.  Plaintiff is again warned that failure to respond to this order may result in
4 dismissal of the action for the reasons outlined above, as well as for failure to prosecute and
5 comply with court rules and orders.  See id.
6         IT IS SO ORDERED.

7

8

9 DATED: October 15, 2009

10                                               **CRAIG M. KELLISON**
11                                               UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25 _____

26 inform the court of any address change.  See Local Rule 83-182(f).

2