IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKAL CALVERT DAMU ALLEN, | No. CIV S-09-0950-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| GEORGE DERIEG, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brought this civil action, which was designated as an action pursuant to 42 U.S.C. § 1983.  Plaintiff has filed a request to continue litigating this case.  However, this case is closed.  Plaintiff's case was dismissed, without prejudice to refiling at a later date, on November 19, 2009, for failure to resolve the fee status and failure to keep the court appraised of his current address.  Judgment was entered the same day.  Plaintiff is advised that documents filed in this case since the closing date will be disregarded and no order will issue in response to future filings.

SO ORDERED.

DATED: December 4, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1